IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02529-ZLW

LOUIS C. SHEPTIN,

Plaintiff, named as Petitioner,

v.

TELLER COUNTY SHERIFF, and
CORRECTIONAL HEALTHCARE MANAGEMENT "CHM,"

Defendants, named as Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 3 2008

GREGORY C. LANGHAM
CLERK

---

ORDER DENYING MOTION TO RECONSIDER

---

Plaintiff, Louis C. Sheptin, named as Petitioner, filed *pro se* on February 25, 2008, a document titled "Notice of Non-Reciept [sic] of Order Motion to Revoke Order of Dismissal" in which he asks the Court to reopen this action because he allegedly failed to receive Court orders entered in this action. The Court must construe the document liberally because Mr. Sheptin is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the request will be construed liberally as a motion to reconsider. For the reasons stated below, the liberally construed motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed more than ten days after the final

judgment in an action should be considered pursuant to Rule 60(b). *See id.* at 1243.
Mr. Sheptin's motion to reconsider in this action, which was filed more than ten days after the judgment was entered on February 7, 2008, will be considered pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. *See Massengale v. Oklahoma Bd. of Examiners in Optometry*, 30 F.3d 1325, 1330 (10th Cir. 1994).

The Court dismissed this action without prejudice because Mr. Sheptin failed within the time allowed to cure the designated deficiencies, which included his failure to submit a certified copy of his trust fund account statement for the six-month period immediately preceding the filing of the complaint. The dismissal order and judgment were mailed to Mr. Sheptin at his most recent address, which is the same address he currently provides, i.e., the Metropolitan Correctional Center in Chicago, Illinois.

During the brief course of this lawsuit, the Court has been made aware of Mr. Sheptin's confinement in three different facilities, i.e., the Jefferson County Detention Facility in Golden, Colorado, when he initiated the instant lawsuit, and then subsequently the Teller County Jail in Divide, Colorado, before his transfer to the Metropolitan Correctional Center in Chicago. Although the Court has done its best to determine Mr. Sheptin's whereabouts at each stage of the proceedings, it is Mr. Sheptin's responsibility to notify the Court of any changes of address. *See* Local Rule 10.1M. of the Local Rules of Practice for the United States District Court for the District of Colorado. D.C.COLO.LCivR 10.1M. provides that "[w]ithin then days after any change of address, telephone number or e-mail address of any attorney or pro se party, notice of the new address, telephone number or e-mail address shall be filed."

Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Sheptin fails to demonstrate the existence of any extraordinary circumstances that would justify a decision to reconsider and vacate the order dismissing this action. Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that the request to reopen this action, which Plaintiff, Louis C. Sheptin, named as Petitioner, made *pro se* on February 25, 2008, in a document titled "Notice of Non-Reciept [sic] of Order Motion to Revoke Order of Dismissal," and which the Court has construed as a motion to reconsider, is denied.

DATED at Denver, Colorado, this 28 day of February, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02529-BNB

Louis C. Sheptin
Reg. No. 90355-024
Metropolitan Correctional Center
71 W. Van Buren Street
Chicago, IL 60604

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/3/08

                                GREGORY C. LANGHAM, CLERK

                                By: _____
                                       Deputy Clerk